# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 2, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

160946-7

SCOTT SIMPSON, Personal Representative of
the ESTATE OF TRASK SIMPSON,
         Plaintiff-Appellee,
v

SC: 160946-7
COA: 341961, 342291
Genesee CC: 16-107103-NO

GENERAL MOTORS, LLC, f/k/a GENERAL
MOTORS COMPANY, f/k/a MOTORS
LIQUIDATION COMPANY, f/k/a GENERAL
MOTORS CORPORATION, GONZALEZ
INTEGRATED MARKETING, d/b/a
GONZALEZ DESIGN GROUP, GONZALEZ
DESIGN ENGINEERING, d/b/a GONZALEZ
DESIGN GROUP, GONZALEZ TECHNICAL
SERVICES, d/b/a GONZALEZ DESIGN GROUP,
GONZALEZ MFG TECHNOLOGIES, d/b/a
GONZALEZ DESIGN GROUP, GONZALEZ
PRODUCTIONS SYSTEMS, d/b/a GONZALEZ
DESIGN GROUP, and GONZALEZ CONTRACT
SERVICES, d/b/a GONZALEZ DESIGN GROUP,
         Defendants,
and

JWF TECHNOLOGIES, LLC, d/b/a JWF
CONTAINER TECH, and KEENER
CORPORATION,
         Defendants-Appellees,
and

STABILUS, INC.,
         Defendant/
         Cross-Defendant-Appellant,
and

ZF NORTH AMERICA, INC.,
         Defendant/Cross-Plaintiff.
_____/

On order of the Court, the application for leave to appeal the January 2, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 2, 2021



Clerk

t0125